United States District Court
Southern District of Texas
**ENTERED**
March 14, 2017
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ISSAC MOLHO<br>*Plaintiff* | §<br>§<br>§<br>§ |
| v. | § CIVIL ACTION NO. 4:15-cv-03527<br>§<br>§<br>§ |
| STATE FARM LLOYDS<br>*Defendant* | §<br>§ |

## ORDER GRANTING DISMISSAL WITH PREJUDICE

The Court, having considered the parties' Joint Agreed Stipulation of Dismissal with Prejudice, is of the opinion that the motion should be GRANTED. It is therefore,

ORDERED that Civil Action No. 4:15-cv-03527, and all of Plaintiff's claims against Defendant State Farm Lloyds asserted in that cause are DISMISSED WITH PREJUDICE. Each party shall bear its own costs.

SIGNED this 13th day of March 2017.

_____
HONORABLE JUDGE OF SAID COURT